Margaret Petros
Hazim Petros
20 Los Altos Ave.
Los Altos, CA 94022
(650) 947-1353
mjpetros@yahoo.com

**Pro Se Defendants**



RECEIVED
MAR 02 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☐ San Francisco ☐ Oakland **X San Jose** ☐ Eureka

| | |
|---|---|
| DOUGLAS POWERS<br><br>Plaintiff,<br>v.<br><br>MAD VAPATORY LLC, et al.,<br><br>Defendants. | Case No. 5:19-CV-05642-VKD<br><br>**STIPULATION TO EXTEND REPLY TIME FOR INTERIM ORDER (DOCKET NO. 34); P̶R̶O̶P̶O̶S̶E̶D̶ ORDER**<br><br>Honorable **Virginia K. DeMarchi** |

The parties by and through their respective attorneys of record respectfully request and stipulate to the following:

1. Two weeks extension of time to allow Pro Se Defendants Margaret Petros and Hazim Petros to reply to Plaintiff's briefing re Standing as ordered by the Court on February 11, 2020 (Docket No. 34).

2. On February 24, 2020, Plaintiff filed the supplemental brief regarding Standing as ordered by the Court (Docket No. 34).

3. Defendants' Petros' reply to Plaintiff's supplemental was ordered to be filed by March 2, 2020. Mrs. Petros tried her best to complete the reply, but has been unable to due to a serious work commitment as a Victim Advocate for a case involving a murder trial of a toddler. The emotionally charged case combined with the fact of being a Pro Se Defendant made it impossible to comply with the one week time to reply.

1

4. Accordingly, the Parties stipulate to extend the deadline for two weeks for Mr. and Mrs. Petros to reply by March 16, 2020 due to compelling work commitment and in the interest of giving the pro se defendants a fair chance to give the Court a complete report.

**IT IS SO STIPULATED.**

Dated: February 29, 2020        Margaret Petros
                                /s/ Margaret Petros
                                Pro Se Defendant

Dated: February 29, 2020        Hazim Petros
                                /s/ Hazim Petros
                                Pro Se Defendant

Dated: February 29, 2020        Accessable California, APC
                                /s/ Khushpreet R. Mehton
                                Khushpreet R. Mehton
                                Attorney for Plaintiff Douglas Powers

Dated: February 29, 2020        Michael Welch & Associates
                                /s/ Michael D. Welch
                                Attorney for Defendant Mad Vapatory LLC

## ATTESTATION

**Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.**

/s/ **Margaret Petros**
**Margaret Petros**
**Pro Se Defendant**

STIPULATION TO EXTEND REPLY TIME FOR INTERIM ORDER

# ~~[PROPOSED]~~ ORDER

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants Margaret Petros and Hazim Petros to reply to Court's Interim Order (Docket No. 34) is extended for two weeks until March 16, 2020.

IT IS SO ORDERED.

Dated: March 2, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
**United States Magistrate Judge**

STIPULATION TO EXTEND REPLY TIME FOR INTERIM ORDER