1  KHUSHPREET R. MEHTON SBN 276827
   **ACCESSIBLE CALIFORNIA, APC**
2  2880 Zanker Rd., Ste. 203
   San Jose, CA 95134
3  Telephone:  (408) 449-4505
   Facsimile:   (408) 432-7235
4  kmehton@accessiblecalifornia.com

5  Attorney for Plaintiff Douglas Powers

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

11 DOUGLAS POWERS,                    Case No.: 5:19-cv-05642-VKD

12         Plaintiff,
                                      **JOINT STIPULATION FOR DISMISSAL**
13 v.                                 **PURSUANT TO Fed. R. Civ. P.**
                                      **41(a)(1)(A)(ii)**
14 MAD VAPATORY LLC, et al.           AND ORDER THEREON

15         Defendants.
                                      Re:  Dkt. No. 43

   Plaintiff, Douglas Powers ("Plaintiff"), and Defendants Mad Vapatory LLC, Hazim Petros, and Margaret Petros (collectively "Defendants") (Plaintiff and Defendants collectively hereinafter "the Parties") have mutually agreed to resolve Plaintiff's claims without Defendants admitting liability. IT IS HEREBY STIPULATED by and between the Parties to this action through their counsel that this action may be dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

The Parties agree that they shall each bear their own attorneys' fees and costs.

Dated: July 29, 2020                     ACCESSIBLE CALIFORNIA, APC

                                         By: /s/ Khushpreet R. Mehton
                                         Khushpreet R. Mehton
                                         Attorney for Plaintiff Douglas Powers

Dated: July 29, 2020                     LAW OFFICES OF MICHAEL D. WELCH

                                         /s/   Michael D. Welch
                                         Rick Morin, Esq.
                                         Attorney for Defendant Mad Vapatory LLC

Dated: July 29, 2020                     Hazim Petros
                                         HAZIM PETROS [PRO SE]

Dated: July 29, 2020                     Margaret Petros
                                         MARGARET PETROS [PRO SE]

### SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable the undersigned above and I have obtained their authorization to affix electronic signature(s) to this document.

Dated: July 29, 2020                     ACCESSIBLE CALIFORNIA, APC

                                         By: /s/ Khushpreet R. Mehton
                                         Khushpreet R. Mehton
                                         Attorney for Plaintiff Douglas Powers

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS POWERS,

    Plaintiff,

v.

MAD VAPATORY LLC, et al.,

    Defendants.

Case No. 5:19-cv-05642-VKD

**ORDER** [PROPOSED]

The Court hereby vacates all currently set dates and dismisses this matter with prejudice, in its entirety, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:   July 30, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge